In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of WILLIAM J. GLEASNER, against GLEASNER COMPRESSED AIR SUPPLY & EQUIPMENT COMPANY, INC., Employer, and CONTINENTAL CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The decision in the above-entitled case, handed down May 8, 1935, is hereby amended *nunc pro tunc* to conform with the record of this court, so that it will read, after the word " dismissed," as follows: " Opinion by McNamee, J. Hill, P. J., Rhodes, Crapser and Bliss, JJ., concur." Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See 244 App. Div. 874; *ante*, p. 343.]

In the Matter of the Claim of ERNEST FRIEDLANDER, Appellant, against MOTOR CAB TRANSPORTATION COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to extend claimant's time to file case on appeal granted, provided, however, that the appellant perfects appeal, files and serves printed record on appeal, and brief, on or before October 15, 1935, and is ready for argument at the next term. Motion for leave to file typewritten case and briefs denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LUCY INGRAHAM and Others, Respondents, against ROCHESTER BRUSH AND SPRAY PAINTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, on the ground that the Industrial Board has not served or filed its findings of fact and conclusions of law, although the appeal was taken on May 28, 1935. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.